OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 1, 2026

Sean J. Bellew., Esq.
Walter F. Brown Jr., Esq.
Matthew J. Disler, Esq.
Matthew D. Kaminer, Esq.
William T. Marks, Esq.
Scott E. Poynter, Esq.
Matthew D. Stachel, Esq.

RE: Mike Huckabee v. Meta Platforms Inc
Case Number: 25-2347
District Court Case Number: 1:24-cv-00773

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, May 28, 2026** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2.1, you are hereby advised that your appeal will be submitted before the following panel: **PHIPPS, FREEMAN and BOVE, Circuit Judges**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija
Calendar Clerk
267-299-4914